UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ANTHONY RHODES,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, CORCORAN STATE PRISON,<br><br>        Respondent. | Case No. 1:20-cv-00012-NONE-JDP<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 12 |

        Petitioner Troy Anthony Rhodes, a state prisoner without counsel, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Respondent answered the petition, ECF No. 10, and petitioner moved for an extension to time to file a traverse, ECF No. 12.[1] For good cause shown, we grant petitioner's motion for an extension of time. The traverse is now due July 19, 2020.

---

[1] We also dismiss as moot petitioner's previous, nearly identical motion for extension of time. ECF No. 11.

1

IT IS SO ORDERED.

Dated: ___June 29, 2020___      _____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 206.